AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Quavis R. Page | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    4:14-cv-4341-RBH |
| Warden Dennis Bush, Warden Willie Davis, Capt | ) | |
| Thomas Commander, Capt Sharron Patterson, and | ) | |
| Mrs. Vanderhaul | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____ .

■   other: This case is dismissed without prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge.


Date:    May 26, 2015                              *CLERK OF COURT*


                                                   s/Debbie Stokes
                                                   _____

                                                   *Signature of Clerk or Deputy Clerk*